UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
DOCKET NO. 7:04CR00102-001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| RAMEL MCDONALD | ) | |

It now appearing to the court that the said Ramel McDonald died on or about May 19, 2010. At which time a remaining liability existed in the amount of $2,812.95.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 12th day of September, 2011

James C. Fox
U.S. District Court Judge